500 A.2d 416

COMMONWEALTH of Pennsylvania, Petitioner,

v.

WEISENTHAL and Dickelman.

Supreme Court of Pennsylvania.

Nov. 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 144 E.D. Appeal Docket 1985.